No. 85-5073.   ALONGI v. UNITED STATES; and
No. 85-5134.   MUSTACCHIO v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.   Reported below: 759 F. 2d 1099.

No. 85-5149.   FUENTES v. NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 85-5226.   WILLIAMS v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 85-5231.   TURNER v. MORRIS, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 85-5246.   DELESPINE v. MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 85-5247.   ENRIQUEZ v. FLORIDA.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.

No. 85-5250.   STURM v. CALIFORNIA.   C. A. 9th Cir.   Certiorari denied.

No. 85-5252.   SANFORD v. BRADLEY, JUDGE, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 85-5256.   MOORE v. ORNER, SHAYNE & REIZNER, INC. C. A. 7th Cir.   Certiorari denied.

No. 85-5266.   IN RE BAKER.   Ct. App. Wash.   Certiorari denied.

No. 85-5269.   STEWART v. WISCONSIN.   Sup. Ct. Wis.   Certiorari denied.

No. 85-5274.   WILLIAMS v. SIELAFF, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.   C. A. 4th Cir.   Certiorari denied.

No. 85-5279.   GOLDMAN v. MASSACHUSETTS.   Sup. Jud. Ct. Mass.   Certiorari denied.

No. 85-5280.   KALTENBACH v. ACADIAN METROPOLITAN CODE AUTHORITY.   Ct. App. La., 3d Cir.   Certiorari denied.